IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELSINN HEALTHCARE S.A., HELSINN ADVANCED SYNTHESIS S.A., HELSINN BIREX PHARMACEUTICALS LTD. and HELSINN THERAPEUTICS (U.S.), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 18-1674 (RGA) |

## STIPULATED DISMISSAL ORDER

This action for patent infringement (the "Litigation") has been brought by Plaintiffs Helsinn Healthcare S.A. et al. ("Helsinn") against Defendant Baxter Healthcare Corporation ("Baxter") for alleged infringement of United States Patent Nos. 8,598,219 and 8,729,094 (collectively, the "Helsinn Patents"). Helsinn's commencement of the Litigation was based on its receipt of notice that Abbreviated New Drug Application ("ANDA") No. 206916 had been filed with the United States Food and Drug Administration ("FDA") containing certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to one or more of the Helsinn Patents and seeking approval to market generic versions of palonosetron hydrochloride injections (Eq. 0.25 mg base/5 mL (Eq. 0.05 mg base/mL)).

Helsinn and Baxter have agreed to enter into a final settlement regarding this Litigation on the expectation and belief that this would eliminate the substantial litigation costs that would otherwise be incurred by both Helsinn and Baxter during the Litigation, while also serving the public interest by saving judicial resources and avoiding the risks to each of the parties associated with litigation. This final settlement will afford Helsinn and Baxter the procompetitive opportunity to more productively use money and other resources that would have

been spent in the continued prosecution and defense of this Litigation, to the benefit of the parties and consumers alike, such as by investing more money in pharmaceutical research and development.

Each of Helsinn and Baxter acknowledge there is significant risk to each of them associated with the continued prosecution of this Litigation and have consented to entry of this Dismissal Order through a final settlement as reflected herein. The Court, upon the consent and request of Helsinn and Baxter, and, upon due consideration, issues the following Dismissal Order.

Helsinn and Baxter now consent to this Dismissal Order and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims presented by Helsinn in the Litigation are hereby dismissed without prejudice.

2. This court retains jurisdiction over Helsinn and Baxter for purposes of enforcing this Dismissal Order.

**IT IS SO STIPULATED**:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Karen Jacobs*<br>    Jack B. Blumenfeld (#1014)<br>    Karen Jacobs (#2881)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    (302) 658-9200<br>    jblumenfeld@mnat.com<br>    kjacobs@mnat.com | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| *Attorneys for Plaintiffs*<br>*Helsinn Healthcare S.A. et al.* | *Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr.<br>Eric W. Dittmann<br>Isaac S. Ashkenazi<br>Young J. Park<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 | William A. Rakoczy<br>Tara M. Raghavan<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 W. HUBBARD STREET, SUITE 500<br>CHICAGO, IL 60654<br>(312) 222-6301 |
| *Attorneys for Plaintiffs*<br>*Helsinn Healthcare S.A. et al.* | *Attorneys for Defendant Baxter Healthcare Corporation* |

July 22, 2019
6316500

3

**SO ORDERED:**

This __5__ day of __Aug__, 2019

_____
Hon. Richard G. Andrews, U.S.D.J.

4